# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VERNA IP HOLDINGS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00632-JRG |
| | § | |
| SIEMENS CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff, Verna IP Holdings, LLC's ("Plaintiff"). (Dkt. No. 11.) In the Notice, Plaintiff dismisses all claims and causes of action against Defendant Siemens Corporation ("Defendant") with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 3rd day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE